**\*\* E-filed December 1**5, **2011\*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY BRODZKI,<br>　　　　Plaintiff,<br>　v.<br>UNITED STATES OF AMERICA,<br>　　　　Defendant.<br>_____/ | No. C11-05307 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND (2) REMINDER RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　　Plaintiff Anthony Brodzki sued the United States of America on October 31, 2011. Dkt. No. 1. The defendant was served on December 13, and as a governmental entity, its answer is not due until February 13, 2012. In addition, defendant has filed a motion to dismiss, set for hearing on January 31, 2012, and a request to continue or vacate the Initial Case Management Conference. Dkt. No. 9. In light of the currently pending motion and good cause appearing, the Initial Case Management Conference, currently set for December 20, 2011, has been continued to **February 28, 2012 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

　　　　The parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial.  Accordingly, all parties who have not yet done so shall, **no later than December 28, 2011**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for

Reassignment to a United States District Judge.  *See* N.D. Cal. Civ. R. 73-1.  The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: December 15, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C 11-05307 HRL Notice will be electronically mailed to:**

2 | James A. Scharf          james.scharf@usdoj.gov

3 | **Notice will be provided by mail to:**

4 | Anthony Brodzki
6900 Herman Jared Drive
5 | North Richland Hills, TX 76182

6 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**