**United States District Court**
For the Northern District of California

1        **\*\* E-filed February 6, 2012 \*\***

2

3

4

5

6

7                   NOT FOR CITATION

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  ANTHONY BRODZKI,                        No. C11-05307 HRL

12          Plaintiff,              **JUDGMENT OF DISMISSAL**
        v.
13
    UNITED STATES OF AMERICA,
14
            Defendant.
15  _____/

16      Plaintiff Anthony Brodzki has filed a pro se complaint against the United States of America

17  claiming that the defendant has harassed and tortured him in unspecified ways, and that it has failed

18  to investigate a rape that occurred some 45 years ago. The defendant moved to dismiss for lack of

19  subject matter jurisdiction and failure to state a claim upon which relief can be granted. In its order

20  of January 26, 2012, this court granted the defendant's motion, denied all other pending motions,

21  and dismissed the complaint. See Dkt. No. 23.

22      Accordingly, the complaint having been dismissed, IT IS ORDERED, ADJUDGED AND

23  DECREED THAT judgment of dismissal be entered and that plaintiff take nothing by his complaint.

24  The Clerk shall close the file.

25      **IT IS SO ORDERED.**

26  Dated: February 6, 2012

27                          _____
                            HOWARD R. LLOYD
28                          UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1   **C11-05307 HRL** N**otice will be electronically mailed to:**

2   James A. Scharf                    james.scharf@usdoj.gov

3   **Notice will be mailed to:**

4
    Anthony Brodzki
5   6900 Herman Jared Drive
    North Richland Hills, TX 76182

6
    **Counsel are responsible for distributing copies of this document to co-counsel who have not**
7   **registered for e-filing under the court's CM/ECF program.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28